AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.    ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*[signature]*

(By) DEPUTY CLERK

February 18, 2020

DATE

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

**Plaintiff / Petitioner:**
JOHNNY FLORES, ARIEL GOMEZ and DERRICK LEWIS, for themselves and others similarly situated

**Defendant / Respondent:**
MOTOROLA SOLUTIONS, INC., and VIGILANT SOLUTIONS, LLC

**AFFIDAVIT OF SERVICE**

Index No:
1:20-CV-01128

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and located at 590 Madison Ave 21st floor, New York, NY 10022 . That on Fri, Feb 28 2020 AT 03:37 PM AT 28 LIBERTY STREET, NEW YORK, NY 10005 deponent served the within FIRST AMENDED CLASS ACTION COMPLAINT, JURY TRIAL DEMANDED, INJUNCTIVE RELIEF DEMANDED, CLASS ACTION COMPLAINT, JURY TRIAL DEMANDED, INJUNCTIVE RELIEF DEMANDED; SUMMONS IN A CIVIL ACTION on VIGILANT SOLUTIONS, LLC. C/O CT CORPORATION

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[X] **Corporation:** VIGILANT SOLUTIONS, LLC. C/O CT CORPORATION a defendant, therein named, by delivering a true copy of each to JIANCARLOS DEGRACIA personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be clerk authorized to accept thereof.

[ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known address, _____ , and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____ .

[ ] **Non-Service:**

[ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of NY, in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I have that the defendant is not in the military service of NY, or of the United States as that term is defined in either the State or in the Federal statutes.

**Additional Comments:**
1) Successful Attempt: Feb 28, 2020, 3:37 pm EST at 28 LIBERTY STREET, NEW YORK, NY 10005 received by JIANCARLOS DEGRACIA. Served upon party authorized to accept.

**Description:**
Age: 30    Ethnicity: Hispanic    Gender: Male    Weight: 165
Height: 5'10"    Hair: Brown    Eyes: ___    Relationship: ___
Other ___

Michael Gorman    MAR 0 9 2020
1381333

Sworn to before me on    MAR 0 9 2020

Notary Public

BIAN B RICKS
Notary Public, State of New York
Reg. No. 01RI6383781
Qualified in New York County
Commission Expires November 26, 2022