**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| JOHNNY FLORES, ARIEL GOMEZ and DERRICK LEWIS, for themselves and others similarly situated, | ) ) ) ) ) | Case No. 20 C 1128 |
| *Plaintiff*, | ) ) | Judge Charles R. Norgle, Sr. |
| v. | ) ) | Magistrate Judge Gabriel A. Fuentes |
| MOTOROLA SOLUTIONS, INC., and VIGILANT SOLUTIONS, LLC, | ) ) ) ) | |
| *Defendants*. | ) ) ) | |

## NOTICE OF MOTION

To: Counsel of Record

     Please take notice that the undersigned will, on March 20, 2020, at 10:30 a.m., or as soon thereafter as counsel may be heard, appear before Judge Charles R. Norgle, Sr., or any judge sitting in his stead, in Courtroom 2341, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present Defendants Motorola Solutions, Inc.'s and Vigilant Solutions, LLC's Unopposed Motion for Extension of Time to Respond to Plaintiffs' First Amended Class Action Complaint.

Dated: March 11, 2020

                                            Respectfully submitted,

                                        By:    */s/ David C. Layden*
                                                    David C. Layden
                                                    dlayden@jenner.com
                                                    Andrew W. Vail
                                                    avail@jenner.com
                                                    JENNER & BLOCK LLP
                                                    353 N. Clark Street
                                                    Chicago, IL 60654
                                                    Phone: (312) 222-9350
                                                    Facsimile: (312) 527-0484

**CERTIFICATE OF SERVICE**

    I, Andrew W. Vail, an attorney, hereby certify that on March 11, 2020, I caused a copy of the foregoing Notice of Motion to be served upon all counsel of record via the Court's Electronic Filing system, in accordance with Local Rule 5.9.

                                                   By:    /s/Andrew W. Vail