# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOHNNY FLORES, ARIEL GOMEZ and DERRICK LEWIS, for themselves and others similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 1:20-cv-01128 |
| MOTOROLA SOLUTIONS, INC., and VIGILANT SOLUTIONS, LLC, ) ) ) | Honorable Charles R. Norgle Sr. |
| Defendants. ) | |

**DEFENDANTS' NOTIFICATION AS TO AFFILIATES PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.2**

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2, Defendants Motorola Solutions, Inc. ("Motorola") and Vigilant Solutions, LLC ("Vigilant") hereby state that:

1. Vigilant is a wholly-owned subsidiary of Motorola.

2. Motorola does not have a parent corporation.

3. Motorola is a publicly-held corporation.

4. The entities that own more than 5% of the outstanding stock in Motorola are: (a) The Vanguard Group; and (b) BlackRock, Inc. No other entity owns more than 5% of Motorola's stock.

5. BlackRock, Inc. is a publicly-held corporation, and owns more than 10% of Motorola's stock.

Dated: June 17, 2020  Respectfully submitted,

MOTOROLA SOLUTIONS, INC. and
VIGILANT SOLUTIONS, LLC


By: _/s/ David C. Layden_____
    One of their attorneys

David C. Layden
dlayden@jenner.com
Andrew W. Vail
avail@jenner.com
Joshua M. Levin
jlevin@jenner.com
Reanne Zheng
rzheng@jenner.com
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, Illinois 60654

## CERTIFICATE OF SERVICE

I, David C. Layden, an attorney, hereby certify that, on June 17, 2020, I filed the foregoing document using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ David C. Layden
*One of Defendants' Attorneys*