**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOHNNY FLORES, ARIEL GOMEZ and DERRICK LEWIS, for themselves and others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:20–cv–01128 |
| MOTOROLA SOLUTIONS, INC., and VIGILANT SOLUTIONS, LLC, | ) ) ) | Honorable Charles R. Norgle, Sr. |
| Defendants. | ) ) | |

**DEFENDANTS' MOTION TO DISMISS
UNDER FED. R. CIV. P. 12(b)(6) AND 12(b)(1)**

Defendants Motorola Solutions, Inc. ("Motorola") and Vigilant Solutions, LLC ("Vigilant") (together, "Defendants") respectfully move the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(b)(1), for the entry of an Order dismissing Plaintiffs' First Amended Class Action Complaint (Dkt. 6).

In support of this Motion, Defendants are filing herewith a Memorandum in Support.

Dated: June 17, 2020          Respectfully submitted,

MOTOROLA SOLUTIONS, INC. and
VIGILANT SOLUTIONS, LLC

By: _/s/ David C. Layden_____
         One of their attorneys

David C. Layden
Andrew W. Vail
Joshua M. Levin
Reanne Zheng
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, Illinois 60654

## CERTIFICATE OF SERVICE

I, David C. Layden, an attorney, hereby certify that, on June 17, 2020, I filed the foregoing

document using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ David C. Layden
*One of Defendants' Attorneys*