IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRENE SIMMONS AND RODELL SANDERS, for themselves and others similarly situated, | ) ) ) | Case No. 1:20-cv-1128 |
| Plaintiffs, | ) ) ) | Judge John J. Tharp Jr. |
| v. | ) ) | Magistrate Judge Jeannice W. Appenteng |
| MOTOROLA SOLUTIONS, INC., and VIGILANT SOLUTIONS, LLC, | ) ) ) ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

Under the Court's October 25, 2023 Minute Entry (Dkt. 148), Plaintiffs Irene Simmons and Rodell Sanders and Defendants Motorola Solutions, Inc. and Vigilant Solutions, LLC, through their respective counsel, respectfully submit this Joint Status Report.

The Parties report that they are continuing to engage in discussions to pursue a possible resolution of this action. The Parties respectfully propose the Court set a deadline of March 20, 2024 for the Parties to file a joint status report further updating the Court on the status of their discussions. The Parties also respectfully request that the Court continue to stay ruling on Defendants' pending motion for summary judgment (Dkt. 111) in the meantime.

| | |
|---|---|
| Dated: January 12, 2024 | Respectfully submitted, |
| PLAINTIFFS IRENE SIMMONS and RODELL SANDERS | DEFENDANTS MOTOROLA SOLUTIONS, INC. and VIGILANT SOLUTIONS, LLC |
| /s/ Jonathan I. Loevy<br>One of their attorneys | /s/ David C. Layden<br>One of their attorneys |
| Jonathan I. Loevy<br>Michael I. Kanovitz<br>LOEVY & LOEVY<br>311 N. Aberdeen, 3rd Floor<br>Chicago, Illinois 60607<br>312.243.5900<br>jon@loevy.com<br>mike@loevy.com | David C. Layden<br>Andrew W. Vail<br>JENNER & BLOCK LLP<br>353 North Clark Street<br>Chicago, Illinois 60654-3456<br>(312) 222-9350<br>dlayden@jenner.com<br>avail@jenner.com |
| **Counsel for Plaintiffs** | **Counsel for Defendants** |