IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IRENE SIMMONS AND RODELL SANDERS, for themselves and others similarly situated, ) ) ) ) | Case No. 1:20-CV-1128 |
| Plaintiffs, ) ) | Judge John J. Tharp Jr. |
| v. ) ) | Magistrate Judge Jeannice W. Appenteng |
| MOTOROLA SOLUTIONS, INC., and VIGILANT SOLUTIONS, LLC, ) ) ) | |
| Defendants. ) | |

**JOINT STATUS REPORT**

Under the Court's July 29, 2024 Minute Entry (Dkt. 161), Plaintiffs Irene Simmons and Rodell Sanders and Defendants Motorola Solutions, Inc. and Vigilant Solutions, LLC, through their respective counsel, respectfully submit this joint status report.

The Parties continue to move toward finalizing documentation of their settlement and anticipate executing the settlement agreement by September 13, 2024. Accordingly, the Parties respectfully propose that the Court set a deadline of September 30, 2024 for the Parties to file a joint status report further updating the Court on settlement agreement execution and engagement of a Settlement Administrator. The Parties also respectfully request that the Court continue to stay ruling on Defendants' pending motion for summary judgment (Dkt. 111) in the meantime.

[*Signature page follows*]

| | |
|---|---|
| DATED: August 30, 2024 | Respectfully submitted, |
| PLAINTIFFS IRENE SIMMONS and RODELL SANDERS | DEFENDANTS MOTOROLA SOLUTIONS, INC. and VIGILANT SOLUTIONS, LLC |
| */s/     Michael I. Kanovitz* <br> One of their attorneys | */s/     David C. Layden* <br> One of their attorneys |
| Jonathan I. Loevy <br> Michael I. Kanovitz <br> LOEVY & LOEVY <br> 311 N. Aberdeen, 3rd Floor <br> Chicago, Illinois 60607 <br> 312.243.5900 <br> jon@loevy.com <br> mike@loevy.com <br> **Counsel for Plaintiffs** | David C. Layden <br> Andrew W. Vail <br> JENNER & BLOCK LLP <br> 353 North Clark Street <br> Chicago, Illinois 60654-3456 <br> (312) 222-9350 <br> dlayden@jenner.com <br> avail@jenner.com <br> **Counsel for Defendants** |