# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IRENE SIMMONS AND RODELL SANDERS, for themselves and others similarly situated, | Case No. 1:20-CV-1128 |
| Plaintiffs, | Judge John J. Tharp Jr. |
| v. | Magistrate Judge Jeannice W. Appenteng |
| MOTOROLA SOLUTIONS, INC., and VIGILANT SOLUTIONS, LLC, | |
| Defendants. | |

## STIPULATION OF DISMISSAL
## UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED to by Plaintiffs Irene Simmons and Rodell Sanders and Defendants Motorola Solutions, Inc. and Vigilant Solutions, LLC, through their respective counsel, that under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be and hereby is dismissed in its entirety and with prejudice.

DATED: October 28, 2025

| | |
|---|---|
| PLAINTIFFS IRENE SIMMONS and RODELL SANDERS | DEFENDANTS MOTOROLA SOLUTIONS, INC. and VIGILANT SOLUTIONS, LLC |
| /s/ Michael I. Kanovitz | /s/ David C. Layden |
| One of their attorneys | One of their attorneys |
| Jonathan I. Loevy | David C. Layden |
| Michael I. Kanovitz | Andrew W. Vail |
| LOEVY & LOEVY | JENNER & BLOCK LLP |
| 311 N. Aberdeen, 3rd Floor | 353 North Clark Street |
| Chicago, Illinois 60607 | Chicago, Illinois 60654-3456 |
| 312.243.5900 | (312) 222-9350 |
| jon@loevy.com | dlayden@jenner.com |
| mike@loevy.com | avail@jenner.com |
| **Counsel for Plaintiffs** | **Counsel for Defendants** |

## CERTIFICATE OF SERVICE

    I, Michael Kanovitz, an attorney, hereby certify that, on October 28, 2025, I filed the foregoing document using the Court's CM/ECF system, which effected service on all counsel of record.

                                                            By: */s/ Michael I. Kanovitz*
                                                            One of Their Attorneys